# Court of Appeals
# of the State of Georgia

ATLANTA,   April 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1419.  VICTOR LAMAR CLEMENT v. THE STATE.**

In August of 2012, Victor Clement pled guilty to criminal damage to property, interfering with a public utility, criminal attempt to commit theft, theft by receiving, and possession of tools to commit a crime.  Clement has filed three motions to modify his sentence, none of which have been ruled on below.  Clement filed his notice of appeal on February 28, 2013, seeking review of the August 2012, judgment of conviction.  We lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because Clement's notice of appeal was untimely from the judgment entered in his case, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*